**Order entered August 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00534-CV

**ASSOCIATION OF TAXICAB OPERATORS, USA, ET AL., Appellants**

**V.**

**WALAAL CORPORATION D/B/A AMBASSADOR CAB, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03638**

# ORDER

We **DENY** appellees' July 29, 2016 second motion to dismiss the appeal.


/s/     ELIZABETH LANG-MIERS
         JUSTICE